UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 3:19CR014 (JAM) |
| PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| SAMUEL COPENHAVER, | : | |
| DEFENDANT | : | January 5, 2021 |

### DEFENDANT SAMUEL COPENHAVER'S
### MOTION FOR CONTINUANCE OF SENTENCE

The defendant, **SAMUEL COPENHAVER**, by and through undersigned counsel, respectfully moves this Court to continue his sentencing date for Forty-Five (45) days and adjust the dates for the filing of presentencing memoranda. Mr. Copenhaver's sentencing date is currently scheduled for January 19, 2021. In support of this motion, defense counsel represents as follows:

1. On or about January 15, 2019, a sealed Indictment was returned before a District of Connecticut Grand Jury which named Samuel Copenhaver as a participant in a Wire and Mail Fraud scheme. As a result, defendant Samuel Copenhaver was arrested in the Western District of Michigan, presented before a Magistrate Judge, released on conditions, and ordered to travel to the District of Connecticut for arraignment on the pending charges.

2. On or about February 4, 2019, the defendant appeared before a District of Connecticut Magistrate Judge, was arraigned on the Indictment and was ordered released on the conditions previously set in the Western District of Michigan. Since that time, the defendant (except for traveling to the District of Connecticut for the entry of his plea) has resided and remained in the Western District of Michigan.

3. On or about October 10, 2019, the defendant pled guilty to Count One of the Indictment, charging him with Conspiracy in violation of 18 U.S.C. §§371 and Count Three of the Indictment, charging him with wire fraud in violation of 18 U.S.C. § 1343. Sentencing has been scheduled for January 19, 2021.

4. As a result of the COVID19 Pandemic and the findings of the Chief Judge of the District of Connecticut, felony sentencings under Rule 32 of the Fed. R. of Crim. Pro. generally cannot be conducted in person without seriously jeopardizing public health and safety. As the defendant has been notified that as a result of the current COVID19 infection rate in Michigan, he will be required to quarantine in Connecticut for upwards of 14 days prior to his in-person sentencing. The defendant respectfully requests that his sentencing take place in person and not via video. The defendant further requests that his sentencing be continued for 45 days to determine if at such

time, Michigan has been removed from the Connecticut Travel Advisory to allow the defendant to travel to Connecticut for his sentencing without the need for him to quarantine. See https://portal.ct.gov/-/media/Office-of-the-Governor/Executive-Orders/Lamont-Executive-Orders/Executive-Order-No-9S.pdf .

5. The undersigned believes that the interests of justice would be furthered by allowing the defendant to continue his sentencing until April 2, 2021 or to a date thereafter convenient to the Court.

6. The undersigned has spoken to Assistant United States Attorney Jonathan Francis regarding the defendant's motion, and the government does not object to the undersigned's request.

WHEREFORE, the defendant **SAMUEL COPENHAVER** respectfully requests that his motion for a continuance of sentencing be granted and that the dates previously scheduled for the submission of presentencing memoranda be similarly extended.

RESPECTFULLY SUBMITTED,
THE DEFENDANT,
**Samuel Copenhaver**

BY__*Bruce D. Koffsky*____
   Bruce D. Koffsky, Esq.
   Koffsky & Felsen, LLC
   1150 Bedford Street
   Stamford, CT 06905
   Tel.: 203-327-1500
   Federal Bar No.: ct03772

# CERTIFICATION

THIS IS TO CERTIFY that on January 5, 2021 a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

AUSA Jonathan N. Francis
Office of the United States Attorney
157 Church Street, 25th Floor
New Haven, CT  06510

Michael Jones
US Probation Officer
United States Probation Office
915 Lafayette Blvd.
Bridgeport, CT  06606

_____*Bruce D. Koffsky*_
Bruce D. Koffsky